THIS OPINION HAS NO
 PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY
 PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 
 The State, Respondent,
 
 
 
 
 

v.

 
 
 
 
 Irving Twitty, Appellant.
 
 
 
 
 

Appeal From Spartanburg County
Roger L. Couch, Circuit Court Judge

Unpublished Opinion No. 2010-UP-469
 Submitted October 1, 2010  Filed October
28, 2010    

AFFIRMED

 
 
 
 Appellate Defender Robert M. Pachak, of
 Columbia, for Appellant.
 Attorney General Henry Dargan McMaster, Chief
 Deputy Attorney General John W. McIntosh, Assistant Deputy Attorney General
 Salley W. Elliott, and Assistant Attorney General A. West Lee, all of Columbia;
 and Solicitor Harold W. Gowdy, III, of Spartanburg, for Respondent.
 
 
 

PER CURIAM:  Irving
 Twitty appeals his conviction for criminal domestic violence of a high and
 aggravated nature.  On appeal, Twitty argues the trial court erred in refusing
 to grant a mistrial after the solicitor asked about his prior criminal domestic
 violence conviction that the trial court previously found inadmissible.  We affirm[1] pursuant to Rule 220(b)(1), SCACR, and the following
 authority: State v. White, 371 S.C. 439, 445, 639 S.E.2d 160, 163 (Ct. App.
 2006) ("Because a trial court's curative instruction is considered to cure
 any error regarding improper testimony, a party must contemporaneously object
 to a curative instruction as insufficient or move for a mistrial to preserve an
 issue for review." (quotation marks omitted)).
AFFIRMED.
WILLIAMS,
 PIEPER, and KONDUROS, JJ., concur.

[1] We decide this case without oral argument pursuant to
 Rule 215, SCACR.